ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
MICHAEL JETTE
Assistant U.S. Attorney
State Bar No. 021843
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Michael.jette@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR17-242 TUC |
|---|---|
| Plaintiff, | **INDICTMENT** JAS (EJM) |
| vs. | Violations: |
| DENNIS RAYMOND McPHERRON | 18 U.S.C. § 545 |
| Defendant. | (Smuggling goods into the United States) |
| | Count 1 |
| | 18 U.S.C. § 982(a)(2)(B) |
| | Forfeiture Allegation |

**GRAND JURY CHARGES...**

<u>COUNT 1</u>
<u>Smuggling goods into the United States</u>

On or about February 17, 2016, at the Mariposa Port of Entry, Arizona, in the District of Arizona, the defendant, DENNIS RAYMOND McPHERRON, did willfully, knowingly and fraudulently import and bring into the United States certain merchandise, that is, various bald eagle feathers contrary to law that is, the Bald and Golden Eagle Protection Act under Title 16 United States Code Section 668, knowing the same to have been imported and brought into the United States contrary to law. All in violation of Title 18, United States Code, Section 545.

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in this Indictment, defendant DENNIS

1  RAYMOND McPHERRON shall forfeit to the United States, pursuant to:

2     1) Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of an offense of Title 18, United States Code, Section 545; and

   2) Title 18, United States Code, Section 545, any merchandise introduced into the United States in violation of Title 18, United States Code, Section 545, or the value thereof.

The property to be forfeited includes, but is not limited to various bald eagle feathers.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All in violation of Title 18 United States Code, Sections 982(a)(2)(B) and 545, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
Presiding Juror

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
/S/
Assistant U.S. Attorney
Dated: FEB 15 2017

REDACTED FOR PUBLIC DISCLOSURE