IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 17-242-TUC-JAS (EJM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Dennis Raymond McPherron, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation (Doc. 83) issued by United States Magistrate Judge Markovich that recommends denying the Government's motion in limine (Doc. 50). A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired.

The Court has reviewed the record and concludes that Magistrate Judge Markovich's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Markovich's Report and Recommendation (Doc. 83) is accepted and adopted.

(2) The Government's motion in limine (Doc. 50) is denied.

DATED this 24th day of October, 2019.

_____
James A. Soto
United States District Judge